UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YONI ALEXANDER CARDOZA VARGAS,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION CENTER,

Respondent.

No. 1:26-cv-03952-DAD-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING MOTION TO DISMISS, AND DISMISSING PETITION

(Doc. Nos. 5, 6)

Petitioner Yoni Alexander Cardoza Vargas is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2026, the assigned magistrate judge issued findings and recommendations recommending that respondent's motion to dismiss (Doc. No. 5) be granted and petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed. (Doc. No. 6.) Specifically, the magistrate judge found that petitioner was voluntarily removed to El Salvador on June 6, 2026. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 7, 2026 (Doc. No. 7) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED;
3. Respondent's motion to dismiss (Doc. No. 5) is GRANTED; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE